**No. 53369.**—Park & Tilford Import Corp. *v.* United States, protests 123104–K, etc. (New York).

Opinion by JOHNSON, J.  For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53370.**—Acme Sales & Import Co. et al. *v.* United States, protests 124864–K, etc. (Boston).

Opinion by JOHNSON, J.  For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53371.**—Judge & Dolph, Ltd. *v.* United States, protest 801883–K/82993 (Chicago).

Opinion by JOHNSON, J.  For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 11, 1949

**No. 53372.**—W. T. Grant Co. et al. *v.* United States, protests 35944–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53373.**—Alster Jewelry Co. et al. *v.* United States, protests 138435–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.